CHARLES L. HAMMOND, Respondent, *v.* EUGENE VAN SCHAICK, Appellant.

APPEAL from judgment in favor of plaintiff entered upon verdict.

*Cantor & Van Schaick*, for appellant.

*Lamb, Osborne & Petty*, for respondent.

McCARTHY, J. This case involved a question of fact, and was correctly submitted to the jury on the law.

We find no error, and judgment must be affirmed, with costs.

FITZSIMONS, J., concurs.
Judgment affirmed, with costs.